# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142890

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 142890
      COA: 300535
      St. Clair CC: 08-000104-FC

DAVID KEITH GURNSEY,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the February 15, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011                                      Clerk

h0718